Hand-Delivered

FILED
CHARLOTTE, NC

SEP 24 2025

US DISTRICT COURT
WESTERN DISTRICT OF NC

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No. 3:23-cv-241-FDW-SCR

| | |
|---|---|
| JAMES G. SMITH, )<br>)<br>Plaintiff, )<br>)<br>V. )<br>)<br>WELLS FARGO, N.A., )<br>)<br>Defendant. )<br>) | NOTICE OF MOTION |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on September 24, 2025, at 12:00 pm., or as soon thereafter as Plaintiff may be heard, Pro Se Plaintiff James G. Smith will and hereby does move this Court for an order (1) denying Defendant's Motion to Compel Arbitration and (2) accepting Plaintiff's First Amended Complaint and reconsideration demand for a Jury trial.

This motion is based upon the accompanying First Amended Complaint, the Memorandum of Points and Authorities, all pleadings and papers on file in this action, and any oral argument or evidence the Court may permit.

Respectfully submitted this 24rd day of September, 2025.

                                                Pro Se Plaintiff
                                                /s/ James G. Smith
                                                James G. Smith
                                                5000 Shannamara Drive
                                                Matthews, NC 28104
                                                Telephone: (240) 678-0137
                                                Email: JGSmith@rewwi.com